David B. Jonelis / Kelsey J. Leeker
LAVELY & SINGER, P.C.
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Scot Building Venture LLC and RSBV Pathway LLC, <br><br> PLAINTIFF(S) <br><br> v. <br><br> Creative Wealth Media Finance Corp., and Jason Cloth, an individual, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:24-mc-00127 <br><br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Los Angeles

☐ State of _____, County of _____

I, Kelsey J. Leeker hereby state under penalty of perjury that,

1. Judgment for $ 21,475,172.90 was entered on October 15, 2024 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of RSBV Pathway LLC as Judgment Creditor, and against Jason Cloth as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 23-CV-80282 in the United States District Court for the Southern District of Florida and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Southern District of Florida are the following sums:
   $ 352,451.97 accrued interest, computed at 5.12 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 16th date of October, 2024.

*s/Kelsey J. Leeker*
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION